**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Ivan Rodrigo LUNA–PEREZ, Defendant—Appellant.**

No. 03–10248.

D.C. No. CR–01–00673–JAT.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 9, 2004.*

Decided Aug. 13, 2004.

Jeffrey A. Myer, U.S. Attorney's Office, Phoenix, AZ, for Plaintiff-Appellee.

Ivan Rodrigo Luna–Perez, Safford, AZ, pro se.

Darius M. Nickerson, Burns, Nickerson & Taylor, Phoenix, AZ, for Defendant–Appellant.

Before SCHROEDER, Chief Judge, RAWLINSON and CALLAHAN, Circuit Judges.

## MEMORANDUM**

Ivan Rodrigo Luna–Perez appeals his guilty-plea conviction and 135–month sentence for conspiracy to possess with intent to distribute cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 846.

Counsel for Luna–Perez has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.